# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ACRES 4.0, | ) | |
|        Plaintiff, | ) | Case No. 2:14-cv-00079-GMN-GWF |
| vs. | ) | **ORDER** |
| WEAVER ENTERTAINMENT, INC., *et al.*, | ) | |
|        Defendants. | ) | |

      This matter is before the Court on Plaintiff's Emergency Motion for Expedited Discovery (#19) and Plaintiff's Emergency Motion to Lift Temporary Stay and for Settlement Conference (#20). The Court conducted a hearing in this matter on February 7, 2014.

      Plaintiff seeks to conduct discovery regarding the validity of the service of the complaint in the Minnesota action which Defendants argue in their Motion to Stay (#10) should proceed in preference to this Nevada based action. Any authorization to conduct discovery relating to the validity of the service of the complaint in the Minnesota action should be granted by the United States District Court for the District of Minnesota where that action is pending.

      The Court is informed that a hearing on Defendant Acres 4.0, Inc.'s motion to dismiss the complaint in the Minnesota action based on invalid service is currently set for March 11, 2014. This Court will therefore continue the hearing on Defendants Weaver Entertainment, Inc. and Express Games MN, Inc.'s Motion to Stay (#10) until **March 19, 2014 at 9:30 A.M.**

      The Court will review the parties' briefs with respect to Plaintiff Acres 4.0, Inc.'s argument that the Nevada action should not be stayed in regard to Plaintiff's claims against Defendant Weaver Entertainment, Inc., irrespective of whether the Court stays this case as to Defendant

Express Games MN, Inc.  If the Court decides that it should entertain a separate decision on this issue, it will schedule a further hearing prior to March 19, 2014.

The parties are further directed to promptly notify this Court of any decision on the motion to dismiss the Minnesota action and, if a written order is entered by the Minnesota court, to file a copy of that order with this Court.

The Court will entertain any request for an early settlement conference in this case at the time that it hears argument on the Motion to Stay (#10).  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Expedited Discovery (#19) and Plaintiff's Emergency Motion to Lift Temporary Stay and for Settlement Conference (#20) are **denied** subject to the provisions of this Order.

DATED this 7th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge